A CERTIFIED TRUE COPY
ATTEST

By Tarrell Littleton on Feb 24, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 06, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 24 2009

JAMES N. HATTEN, CLERK
By: Deputy Clerk

IN RE: STAND 'N SEAL PRODUCTS LIABILITY
LITIGATION
Larrie Finnigan v. Tile Perfect, Inc., et al.,
E.D. California, C.A. No. 2:09-206 )

MDL No. 1804

## CONDITIONAL TRANSFER ORDER (CTO-17)

On January 5, 2007, the Panel transferred ten civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 469 F.Supp.2d 1351 (J.P.M.L. 2007). Since that time, 25 additional actions have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of January 5, 2007, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 24, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST: A TRUE COPY
CERTIFIED THIS

FEB 24 2009

James N. Hatten, Clerk
By: Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

CHAIRMAN:
John G. Heyburn II
United States District Court
Western District of Kentucky

MEMBERS:
J. Frederick Motz
United States District Court
District of Maryland

Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

February 24, 2009

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Re: MDL No. 1804 -- IN RE: Stand N' Seal Products Liability Litigation

(See Attached CTO-17)

Dear Mr. Hatten:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on February 6, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Tarrell L. Littleton
Tarrell L. Littleton
Docket Clerk

Attachments

cc: Transferee Judge: Judge Thomas W. Thrash, Jr.

JPML Form 36A

IN RE: STAND N' SEAL PRODUCTS LIABILITY LITIGATION      MDL No. 1804

## INVOLVED COUNSEL LIST (CTO-17)

Robert Edmund Davies
CAULFIELD DAVIES & DONAHUE
P.O. Box 277010
Sacramento, CA 95827-7010

Les Hait
LAW OFFICES OF LES HAIT
726 East Avenue
Chico, CA 95926

Frank A. Ilardi
HOUCK ILARDI & REGAS LLC
Two Ravinia Drive
Suite 800
Atlanta, GA 30346

John Phillip MacNaughton
MORRIS MANNING & MARTIN LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Albert H. Parnell
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243

Edward B. Ruff, III
PRETZEL & STOUFFER CHTD
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Dennis G. Seley
SELEY & COTE LLP
P.O. Box 297
Roseville, CA 95661

Lawrence A. Sutter
SUTTER O'CONNELL & FARCHIONE
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Thomas H. Terry, III
SUTTER O'CONNELL MANNION &
FARCHI
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Sara S. Turnipseed
NELSON MULLINS RILEY &
SCARBOROUGH LLP
First Union Plaza, Suite 1400
999 Peachtree Street, N.E.
Atlanta, GA 30309-4422

Whitney F. Washburn
LAW OFFICES OF WHITNEY F
WAHSBURN
1 Natoma Street
Folsom, CA 95630